AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| JOSE ARNULFO GUERRERO ORELLANA ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-12664-PBS |
| MONIZ, ET AL ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JOSE ARNULFO GUERRERO ORELLANA.

Date: 09/24/2025

/s/ SangYeob Kim
*Attorney's signature*

SangYeob Kim (Pro Hac Vice)
*Printed name and bar number*

American Civil Liberties Union of New Hampshire
18 Low Avenue
Concord, NH 03301
*Address*

sangyeob@aclu-nh.org
*E-mail address*

603-333-2081
*Telephone number*

*FAX number*