UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2025 SEP 26 AM 10: 39
U.S. DISTRICT COURT
DISTRICT OF MASS.

JOSE ARNULFO **GUERRERO ORELLANA**,

*Plaintiff,*

v.

PATRICIA **HYDE**,
Acting Director of Boston Field Office,
U.S. Immigration and Customs Enforcement;
et al.,

*Respondents.*

Civil Action No.

25-cv-12664-PBS

## UNOPPOSED MOTION OF JOHN A. HAWKINSON
## TO LIFT DOCKET ACCESS RESTRICTIONS

John A. Hawkinson, a freelance news reporter writing for *Cambridge Day*, respectfully moves for an order allowing the public to remotely access non-sealed electronic court filings on PACER in this case pursuant to Fed. R. Civ. P. 5.2(c).[1]

As grounds for his motion, Hawkinson states:

that this is a putative immigration class action of significant public interest (as confirmed orally by the Court at the Sept. 24 status conference when scheduling oral argument); and

that although the process contemplated in General Order 19-02 would typically lift the restriction within 30 days of case filing — on Friday, October 10

---

[1] ECF No. 4-1 is a sealed attachment to the service order containing the US Attorney's email address, and should remain sealed.

—, there is significant motion practice of public interest expected to be filed prior to that date, including the Government's response to the preliminary injunction motion.

that the privacy equities lie with Petitioner (and putative Plaintiff-Petitioners), who does not object; and

that already most motion practice has been filed after the closure of the clerk's office, preventing same-day access at the courthouse[2].

If this court would prefer a more fulsome briefing of law, undersigned would be pleased to submit a memorandum in support, but otherwise submits this bare motion in the interests of economy.

**Pursuant to Local Rule 7.1(a)(2),** Hawkinson has conferred with Petitioner's counsel, who do not object to this motion. Counsel for the Government states that "Respondents do not assent."

(putative) INTERVENOR,
JOHN A. HAWKINSON, pro se

John A. Hawkinson
Box 397103
Cambridge, MA 02139-7103
617-797-0250
jhawk@alum.MIT.EDU

Dated: September 26, 2025

---

[2]  ECF No. 10, the amended complaint, was filed at 11:17 pm;
ECF No. 14, the preliminary injunction, was filed at 11:19pm;
ECF No. 31, the class certification motion, was filed at 5:41pm.
The Clerk's Office closes at 4:30pm.
Petitioner's counsel has subsequently made these documents available on its own website, but only after delay.

## CERTIFICATE OF SERVICE

I, John A. Hawkinson, do hereby certify that a true copy of the above document was served September 26, 2025, by electronic mail, having previously received consent for electronic service pursuant to FRCP 5(b)(2)(E), to:

Daniel L. McFadden
dmcfadden@aclum.org

Annelise M. Jatoba De Araujo
annelise@araujofisher.com

Julian Bava
jbava@aclum.org

Gilles R. Bissonnette
gilles@aclu-nh.org

Chelsea Eddy
chelsea@aclu-nh.org

Christopher Escobedo Hart
chart@foleyhoag.com

Gilleun Kang
gkang@foleyhoag.com

SangYeob Kim
SangYeob@aclu-nh.org

Adriana Lafaille
alafaille@aclum.org

Anthony Mirenda
amirenda@foleyhoag.com

Jessie J. Rossman
jrossman@aclum.org

Anuj K. Khetarpal
Anuj.Khetarpal@usdoj.gov

_____

John A. Hawkinson
September 26, 2025

3