UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2025 SEP 26 AM 10: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JOSE ARNULFO GUERRERO ORELLANA,<br><br>*Plaintiff,*<br><br>v.<br><br>PATRICIA HYDE,<br>Acting Director of Boston Field Office,<br>U.S. Immigration and Customs Enforcement;<br>et al.,<br><br>*Respondents.* | Civil Action No.<br><br>25-cv-12664-PBS |

## MOTION OF JOHN A. HAWKINSON TO INTERVENE TO LIFT DOCKET ACCESS RESTRICTIONS

John A. Hawkinson, a freelance news reporter writing for *Cambridge Day*, respectfully moves to intervene in this putative class action for the limited purpose of filing the attached motion seeking an order allowing the public to remotely access non-sealed electronic court filings on PACER in this case pursuant to Fed. R. Civ. P. 5.2(c).

"Third parties, like the media entities, 'have standing to assert their claim of access to documents in a judicial proceeding.' The proper procedural method for asserting access . . . is a motion to intervene pursuant to Fed. R. Civ. P. 24.'" *United States ex rel. Franklin v. Parke-Davis*, 210 F.R.D. 257, 258 (D. Mass 2002) (Saris, J.) (citing *Public Citizen v. Liggett Group, Inc.*, 858 F.2d 775, 783, 787 (1st Cir. 1988)). *See also In re Globe Newspaper Co.*, 729 F.2d 47, 50 n.2 (1st Cir. 1984) ("Some courts have held that media representatives may challenge closure orders by appeal if they first intervene in

the underlying action."); *Lunn v. Smith*, No. 17-cv-10938-IT, D.E. 42, 43 (D. Mass, Aug. 21, 2017) (granting the Hawkinson's motions to intervene and to permit remote PACER access in an immigration case).

Pursuant to Rule 24(c), the motion to remove restrictions accompanies this motion. That accompanying motion contains the parties' positions under Local Rule 7.1(a)(2).

(putative) INTERVENOR,
JOHN A. HAWKINSON, pro se

*/s/ John G. Hawkinson 26 Sep. 2025*

John A. Hawkinson
Box 397103
Cambridge, MA 02139-7103
617-797-0250
*jhawk@alum.MIT.EDU*

Dated: September 26, 2025

## CERTIFICATE OF SERVICE

I, John A. Hawkinson, do hereby certify that a true copy of the above document was served September 26, 2025, by electronic mail, having previously received consent for electronic service pursuant to FRCP 5(b)(2)(E), to:

Daniel L. McFadden
*dmcfadden@aclum.org*

Annelise M. Jatoba De Araujo
*annelise@araujofisher.com*

Julian Bava
*jbava@aclum.org*

Gilles R. Bissonnette
*gilles@aclu-nh.org*

Chelsea Eddy
*chelsea@aclu-nh.org*

Christopher Escobedo Hart
*chart@foleyhoag.com*

Gilleun Kang
*gkang@foleyhoag.com*

SangYeob Kim
*SangYeob@aclu-nh.org*

Adriana Lafaille
*alafaille@aclum.org*

Anthony Mirenda
*amirenda@foleyhoag.com*

Jessie J. Rossman
*jrossman@aclum.org*

Anuj K. Khetarpal
*Anuj.Khetarpal@usdoj.gov*

_____
John A. Hawkinson
September 26, 2025