UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE ARNULFO GUERRERO ORELLANA,<br><br>   Petitioner-Plaintiff,<br><br>   v.<br><br>ANTONE MUNIZ, Superintendent, Plymouth Correctional Facility;<br><br>   Respondents-Defendants. | Civil Action No. 1:25-cv-12664-PBS |

**DEFENDANTS' MOTION FOR STAY OF PROCEEDINGS**

  The United States hereby moves for a stay of all proceedings and deadlines in the above-captioned case.

  1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal Defendants. The Department does not know when such funding will be restored by Congress.

  2. Absent an appropriation, Department of Justice attorneys and employees of the federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

1

3. Undersigned counsel for the Department of Justice therefore requests a stay of proceedings in this matter until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

Therefore, although it greatly regrets any disruption caused to the Court and the Petitioner, the Government hereby moves for a stay of all proceedings and deadlines in this case—including the opposition to Petitioner's Motion for Class Certification due October 9, as well as the hearing on that motion—until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

## CONCLUSION

Defendants respectfully request the Court stay this matter. A proposed order is attached.

Dated: October 1, 2025                    Respectfully submitted,

                                              BRETT A. SHUMATE
*Assistant Attorney General*

                                              DREW C. ENSIGN
*Deputy Assistant Attorney General*

                                              AUGUST FLENTJE
*Special Counsel for Immigration*

By: /s/ *Katherine J. Shinners*
    KATHERINE J. SHINNERS
    *Senior Litigation Counsel*
    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    P.O. Box 878, Ben Franklin Station
    Washington, DC 20044
    Tel: (202) 598-8259
    Email: katherine.j.shinners@usdoj.gov


*Counsel for Defendants*

## CERTIFICATE UNDER LOCAL RULE 7.1(a)(2)

I am informed by co-counsel for the Defendants, Anuj Khetarpal, that he conferred with Petitioner's counsel about the relief requested in this motion on October 1, 2025, and Petitioner's counsel stated that Petitioner opposes the relief requested.

By: */s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
United States Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, I electronically filed this motion with the Clerk of the Court for the United States Court of for the District of Massachusetts by using the CM/ECF system.

By: */s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
United States Department of Justice