UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE ARNULFO GUERRERO ORELLANA, on behalf of himself and others similarly situated, <br><br> Petitioner-Plaintiff, <br><br> v. <br><br> ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility, et al., <br><br> Respondents-Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 25-12664-PBS |

## STATUS REPORT

On October 3, 2025, the Court allowed Petitioner Jose Guerrero Orellana's motion for an individual preliminary injunction and ordered the government to provide him a bond hearing. *See* Oct. 3, 2025 Memorandum and Order (D.E. 54).

Petitioner reports that, as a result of the Court's Order, he received a bond hearing in the Immigration Court on October 9, 2025. The Immigration Judge ordered him released on a $3,500 bond. A copy of the Immigration Judge's order, with certain personal information redacted, is attached hereto as Exhibit A.

On October 10, 2025, Petitioner's family paid the bond, and he was released from custody. He is now home with his family.

                                            Respectfully submitted,

                                            */s/ Daniel L. McFadden*
                                            Jessie J. Rossman (BBO # 670685)
                                            Adriana Lafaille (BBO # 680210)
                                            Daniel L. McFadden (BBO # 676612)
                                            Julian Bava (BBO # 712829)
                                            AMERICAN CIVIL LIBERTIES UNION

FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
dmcfadden@aclum.org
jbava@aclum.org

My Khanh Ngo
Michael K.T. Tan
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
mngo@aclu.org
m.tan@aclu.org

Gilles R. Bissonnette (BBO # 669225)
SangYeob Kim
Chelsea Eddy
AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE
18 Low Avenue
Concord, NH 03301
Phone: 603.333.2081
gilles@aclu-nh.org
sangyeob@aclu-nh.org
chelsea@aclu-nh.org

Carol J. Garvan
Max I. Brooks
AMERICAN CIVIL LIBERTIES UNION OF MAINE FOUNDATION
P.O. Box 7860
Portland, ME 04112
(207) 619-8687
cgarvan@aclumaine.org
mbrooks@aclumaine.org

Anthony D. Mirenda BBO #550587
Christopher E. Hart BBO #625031
Gilleun Kang BBO #715312
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA 02210

(617) 832-1000
adm@foleyhoag.com
chart@foleyhoag.com
gkang@foleyhoag.com

Annelise M. Jatoba de Araujo
(BBO # 669913)
Araujo & Fisher, LLC
75 Federal St., Ste. 910
Boston, MA 02110
617-716-6400
annelise@araujofisher.com

Sameer Ahmed (BBO #688952)
Sabrineh Ardalan (BBO # 706806)
Harvard Immigration and Refugee Clinical Program
Harvard Law School
6 Everett Street
Cambridge, MA 02138
T: (617) 384-0088
F: (617) 495-8595
sahmed@law.harvard.edu
sardalan@law.harvard.edu

*Counsel for Petitioner*

Dated: October 10, 2025

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document will be served on counsel for all parties through the Court's CM/ECF system.

| | |
|---|---|
| Date: October 10, 2025 | */s/ Daniel L. McFadden* <br> Daniel L. McFadden |