UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSE ARNULFO GUERRERO ORELLANA, on behalf of himself and others similarly situated, <br><br> Petitioner-Plaintiff, <br><br> v. <br><br> ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility, et al., <br><br> Respondents-Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 25-12664-PBS |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Petitioner-Plaintiff Jose Guerrero Orellana respectfully notifies the Court of the following recent decisions in this District and the District of Maine as supplemental authorities relevant to this action. These decisions are relevant to issues raised in this case, including numerosity, commonality, and the merits of the claims.

- October 16, 2025 Memorandum and Order, *Pineda-Chavez v. Moniz*, No. 25-12932-MJJ (D. Mass.) (holding § 1226 applies to detainee who resided in Massachusetts);

- October 16, 2025 Order, *Andrade Hernandez v. Moniz*, No. 25-12860-ADB (D. Mass.) (holding § 1226 applies to "arrest and detention of noncitizens within the United States");

- October 16, 2025 Memorandum and Order, *Dume Rivera v. Moniz*, No. 25-12833-FDS (D. Mass.) (holding § 1226 applies to four detainees where government agreed their cases are "materially indistinguishable" from prior decision on this issue);

- October 16, 2025 Order, *Zacarias-Sanchez v. Moniz*, No. 25-12915-BEM (D. Mass.) (holding § 1226 applies);

- October 16, 2025 Order, *Garcia Liranzo v. Moniz*, No. 25-12930-BEM (D. Mass.) (same);

- October 16, 2025 Order, *Cruz Avalos v. Moniz*, No. 25-12940-BEM (D. Mass.) (same);

1

- October 16, 2025 Order, *Chavez Mendoza v. Moniz*, No. 25-12978-PBS (D. Mass.) (same);

- October 17, 2025 Memorandum and Order, *Garcia Guaman v. Hyde*, No. 25-12879-ADB (D. Mass.) (holding § 1226 applies to "arrest and detention of noncitizens within the United States");

- October 17, 2025 Memorandum and Order, *Lema Zamora v. Noem*, 25-12750-NMG (D. Mass.) (holding § 1226 applies to detainee apparently arrested in the United States);

- October 17, 2025 Order, *Nogueira Da Silva v. Hyde*, No. 25-12931-LTS (D. Mass.) (holding § 1226 applies to detainee arrested in Massachusetts);

- October 20, 2025 Order, *Da Silva v. Moniz*, No. 25-12563-LTS (D. Mass.) (holding § 1226 applies to detainee who entered without inspection in 2003 and encountered immigration authorities for the first time in 2025 in Massachusetts);

- October 20, 2025 Order, *Monzon v. Hyde*, No. 25-12594-RGS (D. Mass.) (holding § 1226 applies to detainee residing in Massachusetts);

- October 20, 2025 Order, *Hercules Acosta v. Hyde*, No. 25-13011-AK (D. Mass.) (holding § 1226 applies to "the arrest and detention of noncitizens within the United States");

- October 20, 2025 Memorandum and Order, *Ruiz Barahona v. Hyde*, No. 25-12551-IT (D. Mass.) (holding § 1226 applies to detainee who was initially arrested "shortly after her entry," was issued expedited removal order, was released, was later re-arrested in Massachusetts, and whose expedited removal order was then "canceled");

- October 21, 2025 Memorandum and Order, *Araujo Da Silva v. Bondi*, No. 25-12672-DJC (D. Mass.) (holding § 1226 applies to "noncitizens . . . who are arrested and detained within the United States");

- October 22, 2025 Memorandum and Order, *Cortez Rivera v. Hyde*, No. 25-12390-IT (D. Mass.) (holding § 1226 applies to detainee initially arrested "[u]pon entry," released under § 1226, and later re-arrested in Massachusetts);

- October 22, 2025 Memorandum and Order, *Moreira Aguiar v. Moniz*, No. 25-12706-IT (D. Mass.) (holding § 1226 applies to detainee who was initially encountered near port of entry, was released under § 1226, and then later re-arrested in Massachusetts);

2

- October 22, 2025 Memorandum and Order, *Coelho Gomes v. Moniz*, No. 25-13021-MJJ (D. Mass.) (holding § 1226 applies);

- October 23, 2025 Memorandum and Order, *Da Cruz v. Moniz*, No. 25-13067-MJJ (D. Mass.) (holding § 1226 applies);

- October 24, 2025 Order, *Ajtzac Osorio v. Hyde*, No. 25-12678-DJC (D. Mass.) (holding § 1226 applies to "noncitizens . . . arrested and detained within the United States");

- October 24, 2025 Memorandum and Order, *Arias Lopez v. Hyde*, No. 25-12680-NMG (D. Mass.) (holding § 1226 applies);

- October 24, 2025 Order, *Mezdaoui v. Moniz*, No. 25-12999-JEK (D. Mass.) (holding § 1226 applies where petitioner had crossed border in 2024, been served Notice to Appear, and placed in removal proceedings; where proceedings were later administratively closed; and where petitioner was later arrested inside the United States);

- October 27, 2025 Memorandum and Order, *Lopez-Monteros v. Hyde*, No. 25-12629-NMG (D. Mass.) (holding § 1226 applies to detainee arrested in Massachusetts);

- October 27, 2025 Memorandum and Order, *Mejia Arias v. Moniz*, No. 25-13019-IT (D. Mass.) (holding § 1226 applies to detainee initially arrested approximately the same day he entered without inspection, released, and then re-arrested in the United States);

- October 27, 2025 Order, *Palencia Morales v. Hyde*, No. 25-13031-DJC (D. Mass.) (holding § 1226 applies);

- October 27, 2025 Memorandum and Order, *De Moura v. Moniz*, No. 25-13058-IT (D. Mass.) (holding § 1226 applies);

- October 27, 2025 Memorandum and Order, *Chavez Castillo v. Moniz*, No. 25-13091-MJJ (D. Mass.) (same);

- October 28, 2025 Order, *Zolakio v. Hyde*, No. 25-13040-RGS (D. Mass.) (same);

- October 16, 2025 Order, *Pérez Piña v. Stamper*, No. 2:25-cv-00509-SDN (D. Me.) (holding § 1226 applies to detainee initially apprehended shortly after entry, released, and then re-arrested in the United States);

- October 24, 2025 Order, *Aguilar Guerra v. Joyce*, No. 2:25-cv-00534-SDN (D. Me.) (same).

Copies of these decisions are attached to this notice for the Court's convenience.

Respectfully submitted,

*/s/ Julian Bava*
Jessie J. Rossman (BBO # 670685)
Adriana Lafaille (BBO # 680210)
Daniel L. McFadden (BBO # 676612)
Julian Bava (BBO # 712829)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
jrossman@aclum.org
alafaille@aclum.org
dmcfadden@aclum.org
jbava@aclum.org

My Khanh Ngo*
Michael K.T. Tan*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
mngo@aclu.org
m.tan@aclu.org

Gilles R. Bissonnette (BBO # 669225)
SangYeob Kim*
Chelsea Eddy*
AMERICAN CIVIL LIBERTIES UNION OF NEW
HAMPSHIRE
18 Low Avenue
Concord, NH 03301
Phone: 603.333.2081
gilles@aclu-nh.org
sangyeob@aclu-nh.org
chelsea@aclu-nh.org

Carol J. Garvan*
Max I. Brooks*

4

        AMERICAN CIVIL LIBERTIES UNION OF
        MAINE FOUNDATION
        P.O. Box 7860
        Portland, ME 04112
        (207) 619-8687
        cgarvan@aclumaine.org
        mbrooks@aclumaine.org

        Anthony D. Mirenda (BBO # 550587)
        Christopher E. Hart (BBO # 625031)
        Gilleun Kang (BBO # 715312)
        FOLEY HOAG LLP
        155 Seaport Blvd.
        Boston, MA 02210
        (617) 832-1000
        adm@foleyhoag.com
        chart@foleyhoag.com
        gkang@foleyhoag.com

        Annelise M. Jatoba de Araujo (BBO # 669913)
        ARAUJO & FISHER, LLC
        75 Federal St., Ste. 910
        Boston, MA 02110
        617-716-6400
        annelise@araujofisher.com

        Sameer Ahmed (BBO # 688952)
        Sabrineh Ardalan (BBO # 706806)
        HARVARD IMMIGRATION AND REFUGEE
        CLINICAL PROGRAM
        Harvard Law School
        6 Everett Street
        Cambridge, MA 02138
        T: (617) 384-0088
        F: (617) 495-8595
        sahmed@law.harvard.edu
        sardalan@law.harvard.edu

        *Counsel for Petitioner*
        \*Admitted *pro hac vice*

Dated: October 29, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document will be served on counsel for all parties through the Court's CM/ECF SYSTEM.

Date: October 29, 2025                                  */s/ Julian Bava*
                                                                          Julian Bava