**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

JOSE ARNULFO GUERRERO ORELLANA,
on behalf of himself and others similarly
situated,

              Petitioner-Plaintiff,

v.

ANTONE MONIZ, Superintendent, Plymouth
County Correctional Facility, et al.,

              Respondents-Defendants.

Case No. 25-12664-PBS

## PETITIONER-PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Petitioner-Plaintiff Jose Arnulfo Guerrero Orellana ("Plaintiff") hereby moves this Court

for an Order granting class-wide partial summary judgment on Count I of the First Amended

Petition for Writ of Habeas Corpus and Class Action Complaint and to enter declaratory relief that

class members are entitled to bond hearings upon request. Plaintiff further moves this court to enter

its ruling as a partial judgment under Rule 54(b) and order notice to the class members and

identification of class members to class counsel, all as further described in the enclosed proposed

judgment and order.

This motion is made pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, and is

based on the accompanying Memorandum of Law, Plaintiff's Statement of Uncontroverted Facts,

the accompanying declaration of Christopher E. Hart and the exhibits thereto.

Respectfully submitted,

*/s/ Christopher E. Hart*
Anthony D. Mirenda (BBO #550587)
Christopher E. Hart (BBO # 625031)
Gilleun Kang (BBO #715312)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA 02210
(617) 832-1000
adm@foleyhoag.com
chart@foleyhoag.com
gkang@foleyhoag.com

Jessie J. Rossman (BBO # 670685)
Adriana Lafaille (BBO # 680210)
Daniel L. McFadden (BBO # 676612)
Julian Bava (BBO # 712829)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS,
INC.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
jrossman@aclum.org
alafaille@aclum.org
dmcfadden@aclum.org
jbava@aclum.org

My Khanh Ngo (admitted *pro hac vice*)
Michael K.T. Tan (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
mngo@aclu.org
m.tan@aclu.org

Gilles R. Bissonnette (BBO # 669225)
SangYeob Kim (admitted *pro hac vice*)
Chelsea Eddy (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
OF NEW HAMPSHIRE
18 Low Avenue

2

Concord, NH 03301
Phone: 603.333.2081
gilles@aclu-nh.org
sangyeob@aclu-nh.org
chelsea@aclu-nh.org

Carol J. Garvan (admitted *pro hac vice*)
Max I. Brooks (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
OF MAINE FOUNDATION
P.O. Box 7860
Portland, ME 04112
(207) 619-8687
cgarvan@aclumaine.org
mbrooks@aclumaine.org

Annelise M. Jatoba de Araujo
(BBO # 669913)
ARAUJO & FISHER, LLC
75 Federal St., Ste. 910
Boston, MA 02110
617-716-6400
annelise@araujofisher.com

Sameer Ahmed (BBO #688952)
Sabrineh Ardalan (BBO # 706806)
HARVARD IMMIGRATION AND
REFUGEE CLINICAL PROGRAM
Harvard Law School
6 Everett Street
Cambridge, MA 02138
T: (617) 384-0088
F: (617) 495-8595
sahmed@law.harvard.edu
sardalan@law.harvard.edu

*Counsel for Petitioner-Plaintiff and
Certified Class*

Dated: November 7, 2025

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

In accordance with Local Rule 7.1(a)(2), I, Christopher E. Hart, counsel for Petitioner-Plaintiff and the certified Class, hereby certify that, on November 7, 2025, counsel for the parties conferred via email and made a good faith effort to narrow the areas of disagreement at issue in this motion to the fullest extent. Respondents-Defendants oppose this motion.

Signed this 7th day of November, 2025.

/s/ Christopher E. Hart
Christopher E. Hart


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document will be served on counsel for all parties through the Court's CM/ECF system.

Date: November 7, 2025

/s/ Gilleun Kang
Gilleun Kang

4