UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE ARNULFO GUERRERO ORELLANA,<br><br>Petitioner-Plaintiff,<br><br>v.<br><br>ANTONE MONIZ, Superintendent, Plymouth Correctional Facility;<br><br>Respondents-Defendants. | Civil Action No. 1:25-cv-12664-PBS |

**RESPONDENTS-DEFENDANTS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

Respondents-Defendants hereby cross-move for partial summary judgment on Count One of Petitioner-Plaintiff's Amended Petition for Writ of Habeas Corpus and Class Action Complaint (ECF 10) as to the certified class (ECF 81). This motion is made pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, and is based on the accompanying Memorandum of Law and Combined Statement of Uncontroverted Facts and Response to Plaintiffs' Statement of Uncontroverted Facts.

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

AUGUST E. FLENTJE
*Special Counsel*

*/s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
*Senior Litigation Counsel*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation-GLA
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-598-8259
katherine.j.shinners@usdoj.gov

MICHAEL D. ROSS
ANGEL FLEMING
LAURIE WIESNER
*Trial Attorneys*

**CERTIFICATE OF SERVICE**

      I, Katherine J. Shinners, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: November 21, 2025            */s/ Katherine J. Shinners*
                                                             KATHERINE J. SHINNERS
                                                             *Senior Litigation Counsel*
                                                             U.S. Department of Justice