UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE ARNULFO GUERRERO ORELLANA,<br><br>Petitioner-Plaintiff,<br><br>v.<br><br>ANTONE MONIZ, Superintendent, Plymouth Correctional Facility;<br><br>Respondents-Defendants. | Civil Action No. 1:25-cv-12664-PBS |

**[PROPOSED] ORDER GRANTING RESPONDENTS-DEFENDANTS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

Having considered Respondents-Defendants' Cross-Motion for Partial Summary Judgment, and all related submissions, it is hereby ORDERED that Respondents-Defendants' Cross-Motion for Partial Summary Judgment is GRANTED. Summary Judgment is granted to Respondents-Defendants on Count One of the First Amended Petition for Writ of Habeas Corpus and Class Action Complaint (ECF 10). It is further ORDERED that there is no just reason to delay final judgment as to the claims in this order, and that final judgment as to Count One is hereby ENTERED in favor of Respondents-Defendants pursuant to Federal Rule of Civil Procedure 54(b).

SO ORDERED:

Dated: _____

_____
Hon. Patti B. Saris
UNITED STATES DISTRICT JUDGE