UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE ARNULFO GUERRERO ORELLANA,<br><br>Petitioner-Plaintiff,<br><br>v.<br><br>ANTONE MONIZ, Superintendent, Plymouth Correctional Facility;<br><br>Respondents-Defendants. | Civil Action No. 1:25-cv-12664-PBS |

## NOTICE OF APPEAL

Notice is hereby given that Respondents-Defendants appeal to the United States Court of Appeals for the First Circuit from the Court's order granting a preliminary injunction (ECF Doc. No. 54).

Dated: December 2, 2025

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

AUGUST E. FLENTJE
*Special Counsel*

*/s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
*Senior Litigation Counsel*
U.S. Department of Justice, Civil Division

1

Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-598-8259
katherine.j.shinners@usdoj.gov

## CERTIFICATE OF SERVICE

I, Katherine J. Shinners, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: December 2, 2025                    */s/ Katherine J. Shinners*
                                           KATHERINE J. SHINNERS
                                           *Senior Litigation Counsel*
                                           U.S. Department of Justice