UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Guerrero Orellana v. Moniz, et al

District Court Number: 25cv12664-PBS

Fee:   Paid?   Yes ____   No ____   Government filer _X_   In Forma Pauperis   Yes ____   No ____

Motions Pending   Yes _X_ No ____
If yes, document #   90,94

Sealed documents   Yes _X_ No ____
If yes, document #   4

Ex parte documents   Yes ____ No _X_
If yes, document #

Transcripts   Yes _X_ No ____
If yes, document #   58,76,86

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent _X_   Other: ____

Appeal from:

#54 Memorandum and Order

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#54 and #98

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __98__ filed on _December 2, 2025_.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on _December 2, 2025_.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**