UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE ARNULFO GUERRERO ORELLANA, on behalf of himself and others similarly situated,<br><br>Petitioner-Plaintiff,<br><br>v.<br><br>ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility, et al.,<br><br>Respondents-Defendants. | Case No. 25-12664-PBS |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Petitioner-Plaintiff Jose Guerrero Orellana respectfully notifies the Court of the December 18, 2025 Orders in *Maldonado Bautista et al. v. Ernesto Santacruz Jr., et al.*, No. 25-cv-1873 (C.D. Cal.) (Dkt. 92 & 93) (collectively, the "California Orders").

Among other things, the California Orders:

- Clarify that the court declared DHS's July 8 policy unlawful and granted APA vacatur of that policy;

- Deny APA vacatur of *Matter of Yajure Hurtado* because vacatur had not been expressly sought in the operative complaint (which was filed before *Hurtado* issued), but state that *Hurtado* "is no longer controlling [because] the legal conclusion underlying the decision is no longer tenable;" and

- Enter final judgment under Rule 54(b).

The rulings in the California Orders are fully consistent with what counsel understand to be this Court's anticipated rulings in this case, and Petitioner respectfully requests that this Court issue its own ruling and judgment as soon as possible. Among other things, an order and judgment from this Court will ensure that, should there be any disputes or further orders relating to the

1

California Orders, the class members will not be left without relief over the holiday period, when the ability to address urgent matters may be limited.

      Copies of the California Orders are attached to this notice for the Court's convenience.  A copy of the associated judgment (Dkt. 94) is also attached.

Respectfully submitted,

*/s/ Christopher E. Hart*
Anthony D. Mirenda (BBO #550587)
Christopher E. Hart (BBO # 625031)
Gilleun Kang (BBO #715312)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA 02210
(617) 832-1000
adm@foleyhoag.com
chart@foleyhoag.com
gkang@foleyhoag.com

Jessie J. Rossman (BBO # 670685)
Adriana Lafaille (BBO # 680210)
Daniel L. McFadden (BBO # 676612)
Julian Bava (BBO # 712829)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS,
INC.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
dmcfadden@aclum.org
jbava@aclum.org

My Khanh Ngo (admitted *pro hac vice*)
Michael K.T. Tan (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
mngo@aclu.org
m.tan@aclu.org

Gilles R. Bissonnette (BBO # 669225)
SangYeob Kim (admitted *pro hac vice*)
Chelsea Eddy (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
OF NEW HAMPSHIRE
18 Low Avenue
Concord, NH 03301
Phone: 603.333.2081
gilles@aclu-nh.org

sangyeob@aclu-nh.org
chelsea@aclu-nh.org

Carol J. Garvan (admitted *pro hac vice*)
Max I. Brooks (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
OF MAINE FOUNDATION
P.O. Box 7860
Portland, ME 04112
(207) 619-8687
cgarvan@aclumaine.org
mbrooks@aclumaine.org

Annelise M. Jatoba de Araujo
(BBO # 669913)
ARAUJO & FISHER, LLC
75 Federal St., Ste. 910
Boston, MA 02110
617-716-6400
annelise@araujofisher.com

Sameer Ahmed (BBO #688952)
Sabrineh Ardalan (BBO # 706806)
HARVARD IMMIGRATION AND
REFUGEE CLINICAL PROGRAM
Harvard Law School
6 Everett Street
Cambridge, MA 02138
T: (617) 384-0088
F: (617) 495-8595
sahmed@law.harvard.edu
sardalan@law.harvard.edu

*Counsel for Petitioner*

Dated: December 18, 2025

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document will be served on counsel for all parties through the Court's CM/ECF system.

Date: December 18, 2025                    */s/ Christopher E. Hart*
                                                            Christopher E. Hart