UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE ARNULFO GUERRERO ORELLANA, <br><br> Petitioner-Plaintiff, <br><br> v. <br><br> ANTONE MUNIZ, Superintendent, Plymouth Correctional Facility; <br><br> Respondents-Defendants. | Civil Action No. 1:25-cv-12664-PBS |

**DEFENDANTS' STATUS REPORT**

Respondents-Defendants (Defendants) submit this status report in accordance with the Court's order granting some relief from certain of the notice requirements in the Court's December 31, 2025 Order (ECF 123, the "December 31 Order"), including an extension of time to meet the service of class notice under Paragraph 3 of the notice requirements set forth in the Court's summary judgment order (ECF 112) and judgment (ECF 113). Paragraph 3 requires in relevant part that, within 14 days, "Defendants shall serve the notice on all noncitizens already in immigration detention who Defendants reasonably believe may be members of the class." ECF 112 at 28.

The December 31 Order extended the timeline for compliance with Paragraph 3's notice requirement and requested a status report on the service of class notice under that paragraph, providing: "Defendants shall serve the notice on as many class members already in immigration detention as possible by January 9, 2026. By January 12, 2026, Defendants shall file a status report

1

describing their efforts to serve the notice on the existing class members, explaining the steps necessary to serve the notice on any remaining class members, and proposing a prompt timeline for completing the service of notice on existing class members." ECF 123.

Defendants report that, to the best of their knowledge at this time, they have satisfied the obligations under Paragraph 3. The prior declaration submitted by Acting Field Office Director David Wesling set forth the review necessary to reasonably identify class members who were already in immigration detention for purposes of service under Paragraph 3. *See* ECF 118 at ¶ 6 (Dec. 26, 2025). As set forth in the attached Declaration from Acting Deputy Field Office Director John Charpentier of U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), in the Boston Field Office (ERO Boston), Defendants were able to complete this review. Charpentier Decl. ¶ 3. This included a review of the current detention population of the ERO Boston Area of Responsibility—which is responsible for oversight of aliens detained in Massachusetts, New Hampshire, Rhode Island, Connecticut, Maine, and Vermont— and of aliens who were transferred out of the Area of Responsibility after October 29, 2025. *Id.* ¶¶ 1, 3. ICE attests that service of the class notice on those 180 detainees has been completed. *See id.* ¶ 4. Accordingly, as service has been completed in accordance with the Court's order and judgment, as modified by the December 31 Order, there is no need for Defendants to report on the remaining steps and timeline necessary to complete service.[1]

---

[1] Defendants recognize that the parties disagree over the scope of the class, as set forth in the parties' joint submission. *See* ECF 126. The government contends that the temporal scope of the class begins on October 30, 2025, when the certification order issued. *Cf. Cruz v. Farquharson*, 252 F.3d 530, 534 (1st Cir. 2001) ("Only when a class is certified does the class acquire a legal status independent of the interest asserted by the named plaintiffs."); *Nash v. CVS Caremark Corp.*, No. 09-cv-079S, 2009 WL 5863463, at *4 (D.R.I. Nov. 13, 2009) (explaining that class allegations were not "legally operative" before certification). Defendants' review of the detained population thus accounted for detainees who were transferred out of the Boston Area of Responsibility after

Dated: January 12, 2025					Respectfully submitted,

						BRETT A. SHUMATE
						*Assistant Attorney General*

						DREW C. ENSIGN
						*Deputy Assistant Attorney General*

						AUGUST FLENTJE
						*Special Counsel for Immigration*

					By: /s/ *Katherine J. Shinners*
						KATHERINE J. SHINNERS
						*Senior Litigation Counsel*
						U.S. Department of Justice, Civil Division
						Office of Immigration Litigation
						P.O. Box 878, Ben Franklin Station
						Washington, DC 20044
						Tel: (202) 598-8259
						Email: katherine.j.shinners@usdoj.gov

						*Counsel for Defendants*

---

October 29, 2025. *See* Charpentier Decl. ¶ 3. However, Plaintiff contends the temporal scope of the class begins on September 22, 2025, when the class claims were filed. *See* ECF 122 at 5 n.1. Defendants maintain that their position is correct, but if the Court disagrees, Defendants respectfully request that the Court allow the parties to meet and confer about any timelines for service on aliens who were not captured in ICE's initial review.

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2026, I electronically filed this status report with the Clerk of the Court for the United States Court of for the District of Massachusetts by using the CM/ECF system.

                                           By:  */s/ Katherine J. Shinners*
                                                   KATHERINE J. SHINNERS
                                                   United States Department of Justice