UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Jose Arnulfo Guerrero Orellana, on behalf of himself and others similarly situated,<br><br>    Petitioner-Plaintiff,<br><br>v.<br><br>Antone Moniz, Superintendent, Plymouth County Correctional Facility, et al.,<br><br>    Respondents-Defendants. | Civil Action No. 25-cv-12664-PBS |

**DECLARATION OF ACTING DEPUTY FIELD OFFICE DIRECTOR
JOHN CHARPENTIER**

I, John Charpentier, declare as follows:

    1.    I am an Acting Deputy Field Office Director (aDFOD) with the U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), in the Boston Field Office (ERO Boston). I have held this position since February 24, 2025. I am based in Burlington, Massachusetts. I oversee the Sub-Offices within ERO Boston, which is responsible for oversight of aliens detained in Massachusetts, New Hampshire, Rhode Island, Connecticut, Maine, and Vermont.

    2.    I am aware of the above-captioned lawsuit, the District Court's Order, dated December 31, 2025 (December 31 Order), and the District Court's Order, dated December 19, 2025 (December 19 Order). I provide this declaration in support of Defendants' Status Report, filed in accordance with the Court's December 31 Order. My declaration is based upon my

personal and professional knowledge and information, belief, reasonable inquiry, and review of information obtained from various records, systems, databases, and other DHS employees.

3. To meet paragraph 3 of the class action notice requirements of the December 19 Order, ERO Boston has reviewed its current Area of Responsibility detention population and the population of detainees who have been transferred out of the Area of Responsibility since October 29, 2025, to identify aliens who it reasonably believes to be class members. ERO Boston has completed its review and as of the date of this declaration, identified and served the notice on 180 potential class members under paragraph 3.

4. To my knowledge, as of the date of this Declaration, all 180 existing potential class members as described in paragraph 3 of the notice requirements in the Court's December 19 Order, identified as a result of the search described above, have been served with notice and provided opportunity for a telephone call as required by the Court's December 19 Order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed at Burlington, Massachusetts on January 12, 2026.

*J 7484 Charpentier*
*(A)Deputy Field Office Director - DFOD*

Digitally signed by J 7484 Charpentier
Date: 2026.01.12 13:07:54 -05'00'

John Charpentier
Acting Deputy Field Office Director
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
Burlington, Massachusetts