UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE ARNULFO GUERRERO ORELLANA, on behalf of himself and others similarly situated,<br><br>Petitioner-Plaintiff,<br><br>v.<br><br>ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility, et al.,<br><br>Respondents-Defendants. | Case No. 25-12664-PBS |

**MOTION FOR CLARIFICATION
OF THE COURT'S ORDERS CONCERNING CLASS MEMBERSHIP AND NOTICE
AND INCORPORATED MEMORANDUM IN SUPPORT**

During the January 13, 2026 status conference, after reviewing the parties' respective submissions on the subject, the Court clarified orally that the class certified in this case includes individuals who became or become a member of the class on or after September 22, 2025. The Court indicated that the Petitioner-Plaintiff should also file a written motion for clarification. The Court further ordered that, to the extent such persons were omitted from the notice procedures implemented by the government to date, the government must complete notice to them within 21 days (*i.e.*, by February 3).

As the Court explained during the January 13 status conference, this clarification reflects the Court's understanding and intent when it certified the class. Such clarification is also appropriate for the reasons stated in Petitioner-Plaintiff's memorandum on the subject, D.E. 129.

1

Accordingly, Petitioner-Plaintiff hereby respectfully moves for clarification that the temporal scope of the certified class begins on September 22, 2025; that the certified class therefore includes individuals who became or become a member of the class on or after September 22, 2025; and that to the extent such persons were omitted from the notice procedures implemented by the government to date, the government must complete notice to them by February 3, 2026. *See Garcia v. Spaulding*, 324 F. Supp. 3d 228, 235 (D. Mass. 2018) ("A court has inherent authority to construe, interpret, and enforce (or vacate) its own orders.")

Counsel for Petitioner-Plaintiff has conferred with counsel for Respondents-Defendants, who oppose this Motion.

    Respectfully submitted,

*/s/ Christopher E. Hart*
Jessie J. Rossman (BBO # 670685)
Adriana Lafaille (BBO # 680210)
Daniel L. McFadden (BBO # 676612)
Julian Bava (BBO # 712829)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
jrossman@aclum.org
alafaille@aclum.org
dmcfadden@aclum.org
jbava@aclum.org

Anthony D. Mirenda (BBO #550587)
Christopher E. Hart (BBO # 625031)
Gilleun Kang (BBO #715312)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA 02210
(617) 832-1000

adm@foleyhoag.com
chart@foleyhoag.com
gkang@foleyhoag.com

My Khanh Ngo (admitted *pro hac vice*)
Michael K.T. Tan (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
mngo@aclu.org
m.tan@aclu.org

Gilles R. Bissonnette (BBO # 669225)
SangYeob Kim (admitted *pro hac vice*)
Chelsea Eddy (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
OF NEW HAMPSHIRE
18 Low Avenue
Concord, NH 03301
Phone: 603.333.2081
gilles@aclu-nh.org
sangyeob@aclu-nh.org
chelsea@aclu-nh.org

Carol J. Garvan (admitted *pro hac vice*)
Max I. Brooks (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
OF MAINE FOUNDATION
P.O. Box 7860
Portland, ME 04112
(207) 619-8687
cgarvan@aclumaine.org
mbrooks@aclumaine.org

Annelise M. Jatoba de Araujo
(BBO # 669913)
ARAUJO & FISHER, LLC
75 Federal St., Ste. 910
Boston, MA 02110
617-716-6400
annelise@araujofisher.com

Sameer Ahmed (BBO #688952)

                    Sabrineh Ardalan (BBO # 706806)
                    HARVARD IMMIGRATION AND
                    REFUGEE CLINICAL PROGRAM
                    Harvard Law School
                    6 Everett Street
                    Cambridge, MA 02138
                    T: (617) 384-0088
                    F: (617) 495-8595
                    sahmed@law.harvard.edu
                    sardalan@law.harvard.edu

                    *Counsel for Petitioner-Plaintiff and Certified Class*

Dated: January 15, 2026

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document will be served on counsel for all parties through the Court's CM/ECF system.

Date: January 15, 2026               */s/ Christopher E. Hart*
                                                                  Christopher E. Hart