Exhibit A

From: Riley, Teresa (EOIR) <Teresa.Riley2@usdoj.gov>
Sent: Tuesday, January 13, 2026 3:09 PM
Subject: Guidance

Good afternoon/evening ACIJs:

Please provide the following guidance to all Immigration Judges forthwith:

Maldonado Bautista is not a nationwide injunction and does not purport to vacate, stay, or enjoin Yajure Hurtado. Therefore, Yajure Hurtado remains binding precedent on agency adjudicators. For clarification, declaratory judgments differ from injunctions in that the former clarifies parties' legal rights and relationships without ordering specific action, while the latter is a court order compelling a party to do or stop doing a specific act. A declaratory judgment is not an equitable remedy and does not, by itself, have the effect of compelling specific action by a party.

Thank you for your attention in this matter.

Sincerely,

Teresa L. Riley
Chief Immigration Judge