

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
LAREDO IMMIGRATION COURT

Exhibit C

Respondent Name: ▇▇▇▇▇▇▇▇▇▇

To:
Magaletta, Carlos
76 Canal Street
Suite 200
Boston, MA 02114

A-Number: ▇▇▇▇▇▇

Riders:
In Custody Redetermination Proceedings

Date:
01/14/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☑ Denied, because
The Court finds that it has no jurisdiction to entertain the instant bond request. The Court does not understand the District Court Order in Guerrero-Orellano v. Munoz, No. 25-cv-12664-PBS, 2025 to be an injunction or to vacate, stay, or enjoin the ruling in Matter of Yajure Hurtado, 29 I&N Dec. 216 (BIA 2025).
The court finds that Yajure Hurtado strips the immigration courts of jurisdiction to consider bonds for aliens determined to be applicants for admission. The Respondent entered without inspection and is an applicant for admission. Therefore, the Court is bound by the BIA and must follow Yajure Hurtado as binding precedent.

☐ Granted. It is ordered that Respondent be:
  ☐ released from custody on his own recognizance.
  ☐ released from custody under bond of $
  ☐ other:

☐ Other:

*[signature: Melissa Garcia]*

Immigration Judge: GARCIA, MELISSA 01/14/2026

Appeal:  Department of Homeland Security:  ☑ waived    ☐ reserved
         Respondent:                        ☐ waived    ☑ reserved
Appeal Due: 02/13/2026

## Certificate of Service

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS
Respondent Name : ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, BRYAN GERMAN | A-Number : ▮▮▮▮▮▮
Riders:
Date: 01/14/2026 By: LOZANO, DOLORES, Court Staff