# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

JOSE ARNULFO GUERRERO ORELLANA, )
on behalf of himself and others similarly situated, )
)
Petitioner-Plaintiff, )
) Case No. 25-12664-PBS
v. )
)
ANTONE MONIZ, Superintendent, Plymouth )
County Correctional Facility, et al., )
)
Respondents-Defendants. )

## [PROPOSED] ORDER REGARDING
## CLASS MEMBER IDENTIFICATION PROCEDURES

It is hereby ORDERED that:

1. The proposed class member identification procedures articulated in the parties' Joint Submission Regarding Class Member Identification Procedures (D.E. 126) is ADOPTED as an Order of this Court with the modification in paragraph 2 below.

2. The date "January 19, 2026" in the identification procedures is replaced by "January 20, 2026" in light of the Martin Luther King, Jr. Day federal holiday on January 19, 2026.

3. The government shall provide class counsel with class member identification as ordered herein.

SO ORDERED.

Dated: 1/16/26

Hon. Patti B. Saris
United States District Judge

1