UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE ARNULFO GUERRERO ORELLANA,<br><br>Petitioner-Plaintiff,<br><br>v.<br><br>ANTONE MONIZ, Superintendent, Plymouth Correctional Facility;<br><br>Respondents-Defendants. | Civil Action No. 1:25-cv-12664-PBS |

## NOTICE OF APPEAL

Notice is hereby given that all Respondents-Defendants appeal to the United States Court of Appeals for the First Circuit from the partial final judgment entered under Federal Rule of Civil Procedure 54(b) on December 19, 2025 (Dkt. No. 113).  Respondents-Defendants also note that an appeal from a prior preliminary-injunction order in this matter is pending at First Circuit Appeal No. 25-2152.

Dated: January 22, 2026                          Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

AUGUST E. FLENTJE
*Special Counsel*

1

/s/ Katherine J. Shinners
KATHERINE J. SHINNERS
*Senior Litigation Counsel*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-598-8259
katherine.j.shinners@usdoj.gov

MICHAEL D. ROSS
ANGEL FLEMING
LAURIE WIESNER
*Trial Attorneys*

## CERTIFICATE OF SERVICE

I, Katherine J. Shinners, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: December 19, 2025

/s/ Katherine J. Shinners
KATHERINE J. SHINNERS
*Senior Litigation Counsel*
U.S. Department of Justice