DECLARATION OF ROBERT M. WARREN

I, Robert M. Warren make all of the statements herein of my own personal knowledge except as to those matters stated on information and belief, and as to those matters, I believe them to be true, and if called as a witness, could and would testify competently thereto:

1. My name is Robert M. Warren.

2. I am an attorney licensed in the commonwealth of Massachusetts with a State Bar Number 555661.

3. I am providing legal services for Bond proceedings as a member of the BIJAN Lawyer Referral pane for a number of detained individuals.

4. In or around January 15, 2026 my office filed a Request for Bond Redetermination for Mr. ▮ with the Chelmsford Immigration Court as my client is currently detained at the Plymouth County House of Corrections.

5. On that date, Immigration Judge Yul-Mi Cho was assigned to hear the Bond Request on January 29, 2026.

6. Upon information and belief, on Tuesday, January 21, 2026 the case had been reassigned to Immigration Judge Huy Le.

7. In or around January 20, 2026 my office filed a Request for Bond Redetermination for Mr. ▮ with the Chelmsford Immigration Court as my client is currently detained at the Plymouth County House of Corrections.

8. On January 23, 2026, that case was assigned to immigration Judge Huy Le with a hearing scheduled for February 2, 2026.

9. IJ Cho was on the detained dockets for a long time.

10. As of last week she was granting bond hearings for Guerrero Orellana class members.

11. As of this week it appears she was suddenly/abruptly remove from the detained docket

12. Apparently ▮ case was reassigned at the end of last week

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Executed on January 23, 2026

_____
Robert M. Warren