I, Kira Gagarin, do hereby swear and affirm:

I have practiced immigration and nationality law since 2010. I am a member in good standing of the Massachusetts Bar.

I have appeared before the Executive Office of Immigration Review hundreds of times, and I practice regularly before the Chelmsford Immigration Court.

In my experience Immigration Judge Yul-Mi Cho was one of two full time judges assigned to the detained docket at the Chelmsford Immigration Court. The court has confirmed to me that until last week she was the only judge handling bond hearings for Respondents detained at the Plymouth County House of Corrections.

I have had several bond hearings detainees at Plymouth County HOC and they were all before IJ Cho.

I have a current client who is a detainee at Plymouth County HOC who was scheduled for a bond hearing on January 26, 2026, and IJ Cho was the assigned judge on the docket.

Yesterday, this case was abruptly reassigned to IJ Huy Le. I was not given any notice of this reassignment and only found out by looking in the court's electronic system.

In my experience this last-minute transfer of a detained case does not usually happen. I have not seen a bond hearing reassigned from IJ Cho in several month until this week.

Signed under the pains and penalties of perjury, this 23rd day of January 2026

_____
Kira Gagarin, Esq.