UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE ARNULFO GUERRERO ORELLANA, | )<br>)<br>) |
| Petitioner, | )<br>) |
| v. | ) Case No. 25-12664-PBS<br>) |
| ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility, et al., | )<br>)<br>)<br>) |
| Respondents. | )<br>) |

### AFFIDAVIT OF ANNELISE ARAUJO, ESQ.

I, Annelise M. Jatoba de Araujo do hereby swear and affirm:

1. The following statements are based on my personal observation or knowledge.

2. I am a member in good standing of the Massachusetts bar and am counsel for Mr. Jose Arnulfo Guerrero Orellana in this action and in the Immigration Court. I have been practicing routinely in the Immigration Court since 2007.

3. For the past year or so, IJ Yul-mi Cho and IJ Natalie Smith have been assigned to the detained docket at the Chelmsford Immigration Court. Recently, IJ Christine Olson and IJ Huy Le have also been assigned to the detained docket.

4. I am primary counsel for a client detained at the Plymouth County Correctional Facility who has been in removal proceedings before IJ Cho for approximately one year. Since January 2025, myself or my associate has appeared for five hearings before IJ Cho. He is presently scheduled for an individual hearing (his final merits hearing) on January 27, 2026.

5. At some point between January 13, 2026 (his last hearing) and today, January 23, 2026, the Court, without notice and without explanation, moved the hearing to IJ Le's docket.

Signed under the pains and penalties of perjury, this 23rd day of January 2026,

_____
Annelise M.J. de Araujo, Esq.