```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
_____
                               )
JOSE ARNULFO GUERRERO ORELLANA,)
on behalf of himself and others)
similarly situated,            )
                               )
          Petitioner-Plaintiff,)
                               )
v.                             )    Civil Action
                               )    No. 25-cv-12664-PBS
ANTONE MONIZ, Superintendent,  )
Plymouth County Correctional   )
Facility, et al.,              )
                               )
          Respondents-Defendants.)
_____)
```

**ORDER**

January 29, 2026

Saris, J.

In light of the new, undisputed information that class members are being denied bond hearings as provided in the Court's declaratory judgment ruling, see Dkt. 147 ¶¶ 2-5; Dkt. 148 ¶ 3, and to ensure class members are not being provided inaccurate information, the Court has determined that it is necessary and proper to issue further relief based on the declaratory judgment. See 28 U.S.C. § 2202. The Court is therefore ordering Defendants to provide an additional or amended notice to class members to accurately advise them of the situation and of the opportunity to seek relief by filing a Petition for Writ of Habeas Corpus in an appropriate United States District Court.

1

Accordingly, it is hereby **ORDERED** that:

1. As of the date of this Order, the notice of the declaratory judgment that Defendants are ordered to give shall be in the form attached in the appendix hereto (the "Second Notice") rather than in the form attached in the appendix to the Partial Final Judgment (Dkt. 113) (the "Original Notice"). Defendants shall forthwith translate the Second Notice into Spanish, Portuguese, and Haitian Creole.

2. Within seven days, Defendants shall post the Second Notice in English, Spanish, Portuguese, and Haitian Creole in common areas of any facility holding immigration detainees in Massachusetts or in any geographic area over which an Immigration Court located in Massachusetts is the administrative control court.

3. Within three weeks, Defendants shall complete service of notice under paragraph 3 of the Partial Final Judgment based on the clarified class definition using the Second Notice. See Dkt. 144.

4. Defendants shall serve the Second Notice on any noncitizen who is served notice under paragraph 4 of the Partial Final Judgment on or after the date of this Order.

5. Defendants shall serve the Second Notice on any noncitizen who:
   a. was previously served the Original Notice by Defendants and is or was subsequently denied a bond hearing by an Immigration Judge; and/or
   b. asserted that he or she is a member of the class in Immigration Court, and was subsequently denied a bond hearing by an Immigration Judge.

   In such cases, the Second Notice shall be served on the noncitizen as soon as possible, but no later than three hours, after the Immigration Judge rules that the bond hearing will not be held. If such ruling occurred prior to the date of this Order, the Second Notice shall be served on the noncitizen within fourteen calendar days after the entry of this Order.

6. The government official serving the notice shall print legibly on each notice the date, location, name of the noncitizen served, alien number, and name and ID number of the official serving the notice. The official serving the notice shall also sign the notice. Defendants shall record the service of each notice and retain a copy of each notice served.

7. Noncitizens receiving the Second Notice who are not fluent in English but are fluent in Spanish, Portuguese,

      or Haitian Creole shall be provided both the English version and the version in their respective language of fluency. If the noncitizen does not understand English, Spanish, Portuguese, or Haitian Creole, they shall be provided the Second Notice in English, and Defendants shall secure an interpreter to translate the notice as soon as feasible into a language the noncitizen understands.

8. Defendants shall provide any noncitizen receiving the Second Notice with access to a telephone to call an attorney as soon as possible, but no later than three hours, after the noncitizen receives the Second Notice.

SO ORDERED.

                                         /s/ PATTI B. SARIS_____
                                         Hon. Patti B. Saris
                                         United States District Judge

**APPENDIX**

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

```
_____
                               )
JOSE ARNULFO GUERRERO ORELLANA,)
on behalf of himself and others)
similarly situated,            )
                               )
          Petitioner-Plaintiff,)
                               )
v.                             )    Civil Action
                               )    No. 25-cv-12664-PBS
ANTONE MONIZ, Superintendent,  )
Plymouth County Correctional   )
Facility, et al.,              )
                               )
          Respondents-Defendants.)
_____)
```

**IMPORTANT CLASS ACTION NOTICE: RIGHT TO BOND HEARING**

You are receiving this notice in the matter <u>Guerrero Orellana v. Moniz, et al.</u>, No. 25-cv-12664 (D. Mass. 2025), because you may be a class member in that case. **IF YOU ARE A CLASS MEMBER, THEN YOU HAVE A LEGAL RIGHT TO RECEIVE A BOND HEARING UPON REQUEST.**

By statute and regulation, you may request a bond hearing seeking release from custody before an Immigration Judge in your case. However, many Immigration Judges are presently refusing to provide bond hearings to class members. If an Immigration Judge refuses to provide you with a bond hearing, you may file a "Petition for Writ of Habeas Corpus" in the United States District Court where you are confined. You are encouraged to consult with an attorney as soon as possible concerning any rights you may have.

1

If you have questions, you may contact the attorneys representing the class at **(857) 347-5502**, although please understand that they represent the class collectively and do not represent you individually.

Served on date: _____

Served at location: _____

Name of person served: _____

Alien number of person served: _____

Name of officer serving notice: _____

ID number of officer serving notice: _____

Signed by serving officer: _____