UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE ARNULFO GUERRERO ORELLANO,<br><br>Petitioner-Plaintiff,<br><br>v.<br>PATRICIA HYDE, Boston Field Office Director; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,<br><br>Respondents-Defendants. | Civil Action No. 1:25-CV-12664-PBS |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITIES

At various hearings throughout this litigation, the Court instructed the Parties to provide notice of any Circuit Court decisions concerning the proper statutory detention authority for individuals in the same or similar immigration position as Petitioner and other members of the class certified by this Court with respect to Count One.[1] Accordingly, Respondents-Defendants provide notice that on February 6, 2026, the United States Court of Appeals for the Fifth Circuit concluded that "applicants for admission," which includes all aliens who have not previously been admitted to the United States, are necessarily "seeking admission" and therefore subject to mandatory detention under § 1225(b)(2)(A). *Buenrostro Mendez, et al. v. Bondi, et al.*, No. 25-20496 (5th Cir. Feb. 6, 2026). A copy of the Fifth Circuit's decision is attached.

---

[1] This Court no longer has jurisdiction over Petitioner's statutory claims due to the pending appeal from the Court's Partial Final Judgment, Dkt. No. 145, however.

        Respectfully submitted,

        BRETT A. SHUMATE
        *Assistant Attorney General*

        DREW C. ENSIGN
        *Deputy Assistant Attorney General*

        AUGUST E. FLENTJE
        *Special Counsel*

        KATHERINE J. SHINNERS
        *Senior Litigation Counsel*

        MICHAEL D. ROSS
        ANGEL FLEMING
        LAURIE WIESNER
        *Trial Attorneys*

        LEAH B. FOLEY
        United States Attorney

Dated: February 8, 2026        By:    */s/ Anuj K. Khetarpal*
                                              Anuj Khetarpal
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              1 Courthouse Way, Suite 9200
                                              Boston, MA 02210
                                              Tel.: 617-748-3658
                                              Email: Anuj.Khetarpal@usdoj.gov

## CERTIFICATE OF SERVICE

      I, Anuj Khetarpal, Assistant United States Attorney, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: February 8, 2026        By:    */s/ Anuj K. Khetarpal*
                                              Anuj Khetarpal
                                              Assistant United States Attorney