UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE ARNULFO GUERRERO ORELLANA,<br><br>Petitioner-Plaintiff,<br><br>v.<br><br>ANTONE MONIZ, Superintendent, Plymouth Correctional Facility;<br><br>Respondents-Defendants. | Civil Action No. 1:25-cv-12664-PBS |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants-Respondents (Defendants) notify the Court of the order of the United States Court of Appeals for the Ninth Circuit temporarily staying certain aspects of orders issued in *Maldonado Bautista et al. v. U.S. Dep't of Homeland Security, et al.*, pending that court's resolution of the Government's emergency motion to stay the orders. *See* No. 26-1044 (9th Cir. Mar. 6, 2026). A copy of the order is attached hereto as Exhibit A. Specifically, the Ninth Circuit issued a temporary administrative stay of the district court's class declaratory judgment except within the Central District of California and of the district court's February 18, 2026 order (reported by Petitioner at ECF 170) granting the petitioner's motion to enforce the judgment and vacating *Matter of Yajure Hurtado*, 29 I & N Dec. 216 (BIA 2025).

The Government's emergency motion to stay the *Bautista* district court's orders is also attached hereto as Exhibit B. In that motion, the Government argued, among other things, that the

1

district court's vacatur of *Yajure Hurtado* was not an available remedy for a claim that sounds in habeas. *See* Ex. B, Mot. at 2, 16-17.

Dated: March 6, 2026                              Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

AUGUST E. FLENTJE
*Special Counsel*

<u>*/s/ Katherine J. Shinners*</u>
KATHERINE J. SHINNERS
*Senior Litigation Counsel*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-598-8259
katherine.j.shinners@usdoj.gov

LAURIE WIESNER
*Trial Attorney*

**CERTIFICATE OF SERVICE**

I, Katherine J. Shinners, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: March 6, 2026                    */s/ Katherine J. Shinners*
                                        KATHERINE J. SHINNERS
                                        *Senior Litigation Counsel*
                                        U.S. Department of Justice