**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOSE ARNULFO GUERRERO ORELLANA,<br><br>　　　　Petitioner-Plaintiff,<br><br>　　v.<br><br>ANTONE MUNIZ, Superintendent, Plymouth Correctional Facility;<br><br>　　　　Respondents-Defendants. | Civil Action No. 1:25-cv-12664-PBS |

**RESPONDENTS'-DEFENDANTS' MOTION FOR LIMITED RELIEF FROM CERTAIN ASPECTS OF THE JANUARY 29 CLASS NOTICE ORDER**

Respondents-Defendants (Defendants) move, under Federal Rules of Civil Procedure 60(b)(5) and (6) (or, alternatively, Rule 54(b)), for limited relief from certain requirements concerning notice to the class set forth in the Court's Order dated January 29, 2026 (ECF 162, the "January 29 Order"). That Order imposed additional notice requirements on Defendants— including the requirement to serve a new form of class notice—as further relief under 28 U.S.C. § 2202, with the aim of informing class members of their ability to file a Petition for Writ of Habeas Corpus in an appropriate United States District Court to obtain a bond hearing in accordance with the Court's declaratory judgment. ECF 162 at 1. Based on their experience implementing the notice requirements, Defendants are now seeking prospective relief from the requirements of Paragraph 5 of the January 29 Order to serve the new form of class notice after the denial of bond hearings, or, alternatively, that the Court modify Paragraph 5's requirement to effect such service within three hours of the denial of a bond hearing to instead allow up to 48 hours for Defendants

1

to effect such service.

Petitioner opposes the motion, although Petitioner's counsel has stated that Petitioner agrees to clarify or modify Paragraph 5 to provide that potential class members who have already been served with the new form of class notice would not be required to be served with that notice again after the denial of a bond hearing.  *See supra* at 3.

Dated: April 7, 2026                    Respectfully submitted,

                                        BRETT A. SHUMATE
                                        *Assistant Attorney General*

                                        DREW C. ENSIGN
                                        *Deputy Assistant Attorney General*

                                        AUGUST FLENTJE
                                        *Special Counsel for Immigration*

                                  By: /s/ *Katherine J. Shinners*
                                        KATHERINE J. SHINNERS
                                        *Senior Litigation Counsel*
                                        U.S. Department of Justice, Civil Division
                                        Office of Immigration Litigation
                                        P.O. Box 878, Ben Franklin Station
                                        Washington, DC 20044
                                        Tel: (202) 598-8259
                                        Email: katherine.j.shinners@usdoj.gov

                                        LAURIE WIESNER
                                        *Trial Attorney*

                                        *Counsel for Defendants*

2

## CERTIFICATE UNDER LOCAL RULE 7.1(a)(2)

I conferred with Petitioner's counsel about the relief requested in this motion via videoconference on March 6, 2026, and by email on April 1 and 3, 2026. Petitioner's counsel stated that Petitioner opposes the relief requested, but that Petitioner agrees to the following modification or clarification of Paragraph 5 of the January 29 Order (new proposed language italicized):

> Defendants shall serve the Second Notice on any noncitizen who *has not already been served with the Second Notice and who*:
>
> a.      was previously served the Original Notice by Defendants and is or was subsequently denied a bond hearing by an Immigration Judge; and/or
>
> b.      asserted that he or she is a member of the class in Immigration Court, and was   subsequently denied a bond hearing by an Immigration Judge.

By: */s/ Katherine J. Shinners*
     KATHERINE J. SHINNERS
     United States Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2026, I electronically filed this motion with the Clerk of the Court for the United States Court of for the District of Massachusetts by using the CM/ECF system.

By: */s/ Katherine J. Shinners*
     KATHERINE J. SHINNERS
     United States Department of Justice