**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

JOSE ARNULFO GUERRERO ORELLANA,

Petitioner-Plaintiff,

v.

ANTONE MONIZ, Superintendent, Plymouth Correctional Facility;

Respondents-Defendants.

Civil Action No. 1:25-cv-12664-PBS

**DEFENDANTS' ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE SCHEDULED FOR AUGUST 18, 2026**

Respondents-Defendants (Defendants) respectfully request the Court continue the status conference scheduled at 11:00 a.m. for August 18, 2026, due to a conflict for undersigned counsel. Defendant's counsel can be available for a status conference on August 19, 2026, to the extent the Court's schedule permits. Petitioner-Plaintiff ("Plaintiff") assents to this motion, and Plaintiff's counsel represented that they are also available on August 19, 2026, at any time that is convenient for the Court.

In support of this motion, Defendants assert as follows:

1. On Friday, August 14, 2026, the Court scheduled a status conference to take place at 11:00 a.m. on August 18, 2026, by videoconference. *See* Doc. No. 192.

2. Undersigned counsel for Defendants, who is currently best positioned to appear at the status conference on behalf of Defendants, has a previously scheduled and confirmed medical appointment scheduled for the morning of August 18, 2026, which conflicts with the status

conference.

3. Defendants thus respectfully request a brief continuance of the status conference to August 19, 2026, or another time that is convenient for the Court.

4. Prior to filing this Motion, and pursuant to Local Rule 7.1, the undersigned conferred with Plaintiff's counsel regarding the requested relief by email on August 14 and 16, 2026. Plaintiff's counsel indicated that Plaintiff consents to the relief requested and that Plaintiff's counsel are available on August 19, 2026.

Dated: August 17, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

AUGUST FLENTJE
*Deputy Director*

By: /s/ *Katherine J. Shinners*
KATHERINE J. SHINNERS
*Senior Litigation Counsel*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8259
Email: katherine.j.shinners@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2026, I electronically filed this motion with the Clerk of the Court for the United States Court of for the District of Massachusetts by using the CM/ECF system.

By: *<u>/s/ Katherine J. Shinners</u>*
KATHERINE J. SHINNERS
United States Department of Justice