# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| JOSE ARNULFO GUERRERO ORELLANA, on behalf of himself and others similarly situated,<br><br>Petitioner-Plaintiff,<br><br>v.<br><br>ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility, et al.,<br><br>Respondents-Defendants. | ) | Case No. 25-12664-PBS |

**[DEFENDANTS' PROPOSED] THIRD CLASS ACTION NOTICE**

You are receiving this notice in the matter *Guerrero Orellana v. Moniz*, No. 25-cv-12664 (D. Mass. 2025), because you may be a class member in that case. Under the rulings in that case, *Guerrero Orellana* class members are subject to discretionary detention under 8 U.S.C. § 1226(a) (INA § 236(a)) and related regulations—and not mandatory detention under 8 U.S.C. § 1225(b)(2)(A) (INA § 235(b)(2)(A)).

**What Do the Courts' Rulings About Detention Authority Mean for *Guerrero Orellana* Class Members?** Pursuant to the court rulings in the *Guerrero Orellana* matter, *Guerrero Orellana* class members are entitled to request that an immigration judge review their case for consideration for release on bond and conditions (that is, conduct a "bond hearing") after the Department of Homeland Security (DHS) has made its initial custody determination.

If you are a *Guerrero Orellana* class member, DHS should provide you with a Form I-286, Notice of Custody Determination, which informs you of DHS's custody decision and provides you an option to check a box to seek re-determination of the custody decision by an immigration judge.

You may also request a custody redetermination (or "bond hearing") directly from the immigration court after DHS has made a custody decision.

If you have questions, you may contact the attorneys representing the class at (857) 347-5502.

Served on date: ____________________________________________

Served at location:__________________________________________

Name of person served:______________________________________

Alien Number of person served:________________________________

Name of person serving notice:_________________________________

Signature of person serving notice:______________________________