# United States Court of Appeals
## For the First Circuit

Nos. 25-2152
26-1094

JOSÉ ARNULFO GUERRERO ORELLANA,

Petitioner - Appellee,

v.

ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; DAVID J. VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security; TODD BLANCHE, U.S. Attorney General; DAVID WESLING, Acting Field Office Director; DAREN K. MARGOLIN, Director, Executive Office for Immigration Review,

Respondents - Appellants,

PATRICIA H. HYDE, Acting Director of Boston Field Office, U.S. Immigration and Customs Enforcement,

Respondent.

**MANDATE**

Entered: October 6, 2026

In accordance with the judgment of August 13, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Sameer Ahmed, Sabrineh Ardalan, John Bailey, Julian Bava, James Joseph Beha II, Gilles R. Bissonnette, Max Isak Brooks, Nicholas W. Brown, Matt A. Crapo, Chelsea Eddy, Drew C. Ensign, Rayford A. Farquhar, August E. Flentje, Carol J. Garvan, Abraham R. George, Christopher Escobedo Hart, John A. Hawkinson, Benjamin Timothy Hayes, Amit Jain, Gilleun Kang, SangYeob Kim, Adriana Lafaille, Philip Levitz, Donald Campbell Lockhart, Marissa Malouff, Daniel Louis McFadden, Caroline Meade, Anthony Mirenda, Peter F. Neronha, Michael Louis Newman, My Khanh Ngo, Judy Rabinovitz, Jessie J. Rossman, Katherine Shinners, Brett Allen Shumate, Michael King Thomas Tan, William M. Tong, Laurie Wiesner, Emma C. Winger, Annelise Maia Jatoba de Araujo