**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOSE ARNULFO GUERRERO ORELLANA,<br><br>Petitioner-Plaintiff,<br><br>v.<br><br>ANTONE MONIZ, Superintendent, Plymouth Correctional Facility;<br><br>Respondents-Defendants. | Civil Action No. 1:25-cv-12664-PBS |

**RESPONDENTS-DEFENDANTS' MOTION FOR RECONSIDERATION OF THE SEPTEMBER 22 ORDER'S TRANSFER-NOTICE REQUIREMENT**

Respondents-Defendants (Defendants) move, under Federal Rules of Civil Procedure 59(e) and 60(b)(1), (2), and (6), for reconsideration of and relief from the transfer-notice requirement set forth in the Court's Order dated September  (ECF 212), which provides: "Defendants shall provide notice of the intended transfer outside of the First Circuit of any class member who requests a bond hearing to the class member, the class member's attorney (if known), and class counsel no fewer than 72 hours before the transfer is initiated." *Id.* at 2. The reasons for the Motion are contained in the accompanying Memorandum and supporting Declaration of Acting Deputy Field Office Director John Charpentier.  Petitioner opposes the Motion.

Dated: October 20, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

AUGUST FLENTJE
*Deputy Director*

SAMUEL P. GO
*Assistant Director*

By: /s/ *Katherine J. Shinners*
KATHERINE J. SHINNERS
*Senior Litigation Counsel*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8259
Email: katherine.j.shinners@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE UNDER LOCAL RULE 7.1(a)(2)**

I conferred with Petitioner's counsel about the relief requested in this motion via email on October 19, 2026. Petitioner's counsel stated that Petitioner opposes the relief requested.

By: */s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
United States Department of Justice

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2026, I electronically filed this motion with the Clerk of the Court for the United States Court of for the District of Massachusetts by using the CM/ECF system.

By: */s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
United States Department of Justice