**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

JOSE ARNULFO GUERRERO ORELLANA, on behalf of himself and others similarly situated,

Petitioner,

v.

ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility, et al.,

Respondents.

Case No. 25-12664-PBS

**DECLARATION OF CHRISTOPHER E. HART**

I, Christopher E. Hart, state that the following facts are true and correct, based upon my personal knowledge:

1. I am an attorney at the law firm of Anderson & Kreiger LLP, and class counsel in the above-captioned action. I am a member in good standing of the bar of the Commonwealth of Massachusetts. I am over the age of 18 and am competent to testify regarding the matters described below.

2. As class counsel, I receive copies of transfer notices provided to class members in this action, pursuant to this Court's September 22, 2026 Order.

3. To the best of my knowledge and upon my review, class counsel has received 49 transfer notices. Of those, and based on my review, the government has intended to send 44 detainees to Louisiana, 1 to Texas, and 4 to Arizona.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed this 3rd day of November, 2026.

*/s/ Christopher E. Hart*
Christopher E. Hart